NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **Hon. Dennis M. Cavanaugh** |
| Plaintiff/Appellee, | **ORDER** |
| v. | Criminal No. 08-0070(DMC) |
| GWENDOLYN JACKSON | |
| Defendant/Appellant. | |

      This matter having come before the Court upon motion by Defendant/Appellant Gwendolyn Jackson ("Jackson") for Emergent Relief, pursuant to Fed. R. Civ. P. 65, which seeks a stay of her entire probation term pending appeal to the United States Court of Appeals for the Third Circuit. Jackson appealed her conviction and sentence of probation entered by Magistrate Judge Mautone to this Court. On June 11, 2008, this Court granted Jackson's appeal as to ground five only, reversing the gag order imposed by Judge Mautone, but denied her appeal on all other grounds. On June 18, 2008, Jackson filed an application for Emergent Relief, stating that the reason for her request was irreparable injury to her reputation and told this Court that she was going to supplement her application, which she did not do.

      Jackson has not set forth good and sufficient reasons for this Court to stay her probation term, nor has she set forth good and sufficient reasons that her application is emergent, pursuant to Fed. R. Civ. P. 65. There has been no response from the Government regarding the subject application for Emergent Relief. The Court having considered the papers submitted;

IT IS on this ___30th___ day of June, 2008

**ORDERED** that Plaintiff's application for Emergent Relief to have her conviction and sentence stayed while her Appeal is pending is **denied.**

                                               Dennis M. Cavanaugh, U.S.D.J.

Cc:   Clerk's Office
        Hon. Mark Falk, U.S.M.J.
        All parties of record
        File