NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff/Appellee, : | **ORDER** |
| v. : | Criminal No. 08-0070(DMC) |
| GWENDOLYN JACKSON : | |
| Defendant/Appellant. : | |

This matter having come before the Court upon motion by Petitioner Gwendolyn Jackson ("Petitioner") for Emergent Relief, to stay the effect of an arrest warrant allegedly issued by Magistrate Judge Shwartz on or about October 29, 2008; and upon motion by Petitioner for emergent Relief, pursuant to Fed. R. Civ. P. 65, to stay the probation term imposed by Magistrate Judge Mautone; and the Court having reviewed Petitioner's papers;

**WHEREFORE** Petitioner has not demonstrated good and sufficient reason for this Court to stay the arrest warrant issued by Magistrate Judge Shwartz;

**WHEREFORE** Petitioner has not demonstrated good and sufficient reason for this Court to stay her probation term;

**WHEREFORE** Petitioner has not presented new evidence relevant to her probation term;

**WHEREFORE** Petitioner's request is illegible and violates Fed. R. Civ. P. 8; and

**WHEREFORE** Petitioner has not established good and sufficient reason for her petition to be treated on an emergent basis;

be treated on an emergent basis;

IT IS on this 5th day of November, 2008;

**ORDERED** that Plaintiff's motion for Emergent Relief regarding the arrest warrant issued by Magistrate Judge Shwartz is **denied;** and it is further

**ORDERED** that Petitioner's motion for emergent relief regarding stay of her probation term is **denied.**

Dennis M. Cavanaugh, U.S.D.J.

cc: Clerk's Office
Hon. Mark Falk, U.S.M.J.
All parties of record
File