NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No.: 08-70 (DMC) |
| v. | ) | |
| | ) | **O R D E R** |
| GWENDOLYN JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**LINARES, District Judge.**

This matter comes before the Court on the November 6, 2008 emergency application of

Defendant Gwendolyn Jackson ("Defendant") to vacate or stay the arrest warrant issued against

her on October 29, 2008.  No oral argument was heard.

Upon review of the instant motion for emergency relief by Defendant, this Court finds

that the relief she requests is substantially the same as the relief denied yesterday, November 5,

2008, by the Honorable Dennis M. Cavanaugh, U.S.D.J.  Although in the instant matter

Defendant couches her request for relief on a slightly different basis, this Court finds that it is

unable to grant Defendant the relief she requests.  First, the grounds Defendant bases her second

request on were available to her at the time of her first application, and she may not now seek a

second bite at the apple by simply requesting the same relief, reiterating her statements regarding

her medical condition, and notifying the Court of the complaints of judicial and attorney

misconduct she has filed.  On that basis, therefore, this Court must deny Defendant's application

for relief.

Second, it is not readily apparent how Defendant was able to prevail upon the Clerk's Office for the Federal District Court of New Jersey, Camden Vicinage, to forward this matter to this Court. This Court has not been assigned this case and Defendant may not simply forum shop and thereby choose any judge she wishes to hear her application for relief. Defendant's arrest warrant was issued by the Honorable Patricia Shwartz, U.S.M.J., in case No. 07-9061. Her prior request for relief from that warrant was denied by the Honorable Dennis M. Cavanaugh in case No. 08-70. A defendant may not simply continue to change judges and file for the same relief any time she gets an unfavorable result, thereby bypassing the mechanisms this Court utilizes for the equitable assignment of actions, and for this additional reason, Defendant's application is also denied. Good cause having been shown, therefore,

IT IS this _____6th_____ day of November, 2008,

**ORDERED** that Defendant's application is DENIED; and it is further

**ORDERED** that Defendant may not file any further applications pertaining to the relief sought herein, without seeking and receiving prior leave of Court.

Jose L. Linares
United States District Judge